THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID KASKELL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SCHAFFER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER GREENWALD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HILL, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLADYS SIEGEL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

ROBERT EDMOND, Appellant, v. AMERICAN-HAWAIIAN STEAMSHIP COMPANY, Respondent.— The present complaint fails to state facts sufficient to constitute a cause of action. Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of the order, with notice of entry thereof, on payment of said costs. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [187 Misc. 723.]

In the Matter of the Accounting of ANIELLO AQUINO, as Temporary Administrator, and ANIELLO AQUINO et al., as Surviving Executors of GIOVANNI AQUINO, Deceased. MARYLAND CASUALTY COMPANY, Appellant; ANGELINA V. LATONA, as Executrix of CARMELA AQUINO, Deceased, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See 275 App. Div. 667.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP SIMKOWITZ, Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [171–175 W. 78th St. and 425 Riverside Drive, Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.